UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Barbara R. Burns,

      Plaintiff,

vs.

Office of Attorney General,
et al.,

      Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 05-858 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Plaintiff's Motion for a Stay of District Court Proceedings [Docket No. 107] is granted until such time as the United States Court of Appeals for the Eighth Circuit rules on the Plaintiff's pending appeal.

Dated: 10/20/06

                                                s/Patrick J. Schiltz
                                                Patrick J. Schiltz, Judge
                                                United States District Court